IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Harold Jerry Garmany, | : | |
| Petitioner | : | Civil Action 2:04-cv-948 |
| v. | : | Judge Marbley |
| Warden, Ross Correctional Institution and Harley C. Lappen, Director, Bureau of Prisons, | : | Magistrate Judge Abel |
| | : | |
| Respondents | : | |

# ORDER

This matter is before the Court on Magistrate Judge Timothy S. Hogan's September 17, 2004 Report and Recommendation (doc. 7) that petitioner Garmany's September 7, 2004 motion to proceed *in forma pauperis* (doc. 5) be denied as moot because petitioner had paid the Court's $5 filing fee.

No objections have been filed to the Report and Recommendation. Upon *de novo* review as required by 28 U.S.C. § 636(b)(1)(B), the Court ADOPTS the Report and Recommendation. Petitioner Garmany's September 7, 2004 motion to proceed *in forma pauperis* (doc. 5) is DENIED as moot.

    s/Algenon L. Marbley
Algenon L. Marbley, Judge
United States District Court